UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                                    Chapter 11

RAM DISTRIBUTION GROUP LLC                                Case No. 19-72701-(___)

                                Debtor.
-------------------------------------------------------X

## STATEMENT PURSUANT TO LOCAL RULE 1074-1(c)

I am the Manager, Chief Executive Officer and owner of the majority interests of Ram Distribution Group LLC, and hereby attest that the filing of the above referenced Chapter 11 case has been duly authorized.

_____
Jeremy J. Reichmann
Chief Executive Officer

Affirmed to before me on
April 12, 2019

_____
Shaya M. Berger
Notary Public, State of New York
No. 02BE6091369
Qualified in Queens County
Commission Expires April 28, 2023

SHAYA M BERGER
Notary Public, State of New York
No. 02BE6091369
Qualified in Queens County
Commission Expires April 28, 2023

1