**MORRISON & FOERSTER LLP**
Jennifer L. Marines
Erica J. Richards
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to United Parcel Service, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RAM DISTRIBUTION GROUP LLC, d/b/a TAL DEPOT | Case No. 8-19-72701-las |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that United Parcel Service, Inc. (together with its affiliates and subsidiaries, "UPS") hereby enters its appearance by and through its undersigned counsel, Morrison & Foerster LLP, pursuant to Bankruptcy Rules 2002, 2018, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), and requests that copies of all notices and pleadings, including all exhibits, given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone/fax number and email address:

Morrison & Foerster LLP
Attn: Jennifer L. Marines
Erica J. Richards
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: JMarines@mofo.com
ERichards@mofo.com

ny-1613043

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be (a) a submission to the jurisdiction of this court by UPS or (b) a waiver of the right of UPS (i) to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest service of process, or (v) to any other rights, claims, actions, setoffs or recoupments to which UPS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments UPS expressly reserves

Dated: April 18, 2019
      New York, New York

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Erica J. Richards
Jennifer L. Marines
Erica J. Richards
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: JMarines@mofo.com
         ERichards@mofo.com

*Counsel to United Parcel Service, Inc.*