UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re,

      RAM DISTRIBUTION GROUP LLC,

                              Debtor.

Chapter 11
Case No. 19-72701

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that **KEYBANK NATIONAL ASSOCIATION**, appears herein by its counsel, Nolan Heller Kauffman LLP, and demands, pursuant to Bankruptcy Rules 2002(g), 9007, 9010(b) and Bankruptcy Code §§102(1), 342 and 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way any rights or interests of **KEYBANK NATIONAL ASSOCIATION**, with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by **KEYBANK NATIONAL ASSOCIATION**.

Dated:    April 26, 2019
             Albany, New York

                                                NOLAN HELLER KAUFFMAN LLP
                                                *Attorneys for Creditor*
                                                *KeyBank National Association*

                       By: _____
                                 Justin A. Heller, Esq.
                                 80 State Street, 11th Floor
                                 Albany, New York 12207
                                 (518) 449-3300
                                 jheller@nhkllp.com