UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

    Ram Distributions Group LLC

                            Debtor.
-------------------------------------------------------X

CHAPTER 11
Case No. 19-72701-las

**NOTICE OF APPEARANCE**
**AND REQUEST FOR**
**<u>SERVICE OF PAPERS</u>**

      PLEASE TAKE NOTICE, that the Law Offices of Scott R. Schneider hereby enters its appearance as attorney for CLW Distributors, and pursuant to Bankruptcy Rules 2002 and 9010, requests that my name be added to the mailing list maintained by the Clerk in the above matter and that all notices given or required to be served in this matter be given to and served upon the following:

The Law Offices of Scott R. Schneider
117 Broadway
Hicksville, NY 11801
(516) 433-1555

      PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices and papers referred to in the above Rules, but and also includes, without limitation, notices of any orders, pleadings, motions, or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

DATED:    Hicksville, New York
              June 20, 2019

                                        s/ _____
                                        Scott R. Schneider, Esq.
                                        Attorney for CLW Distributors
                                        117 Broadway
                                        Hicksville, NY 11801
                                        (516) 433-1555