UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Chapter 11
In re:
                                                           :   Case No.: 19-72701

RAM DISTRIBUTION GROUP LLC,               :

                                        Debtor    :
-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Goldberg Segalla LLP hereby appears as counsel of record to Liberty Coca-Cola Beverages LLC, a creditor and party in interest.

**PLEASE TAKE FURTHER NOTICE**, that Goldberg Segalla LLP hereby requests pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address set forth below:

        Goldberg Segalla LLP
        **Mailing Address:**
        **P.O. Box 780, Buffalo, New York 14201**
        Office Location:
        200 Garden City Plaza, Suite 520
        Garden City, New York 11530
        (516) 281-9800
        (516) 281-9801 (fax)

        ksaab@goldbergsegalla.com

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code sections specified above, but also

GOLDBERG SEGALLA LLP
Mailing Address:
P.O. Box 780, Buffalo, NY 14201
Office Location:
200 Garden City Plaza, Suite 520
Garden City, NY 11530

1

23579402.v1

includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of the Debtor and/or its estate.

Dated: Garden City, New York
      August 21, 2019

GOLDBERG SEGALLA, LLP

By: Karen Saab-Dominguez
*Attorneys for Creditor* LIBERTY COCA-COLA BEVERAGES LLC
**Mailing Address:**
**P.O. Box 780, Buffalo, NY  14201**
Office Location:
200 Garden City Plaza, Suite 520
Garden City, New York 11530
(516) 281-9800
(516) 281-9801 (fax)
File No.: 2987.0015

GOLDBERG SEGALLA LLP
Mailing Address:
P.O. Box 780, Buffalo, NY 14201
Office Location:
200 Garden City Plaza, Suite 520
Garden City, NY 11530

2

23579402.v1