UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

RAM DISTRIBUTION GROUP LLC,
d/b/a TAL DEPOT,

Case No. 19-72701-las
Chapter 11

                                   Debtor.
---------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PAPERS BY KAMINI FOX, PLLC
## <u>ON BEHALF OF GARAL WHOLESALERS LTD.</u>

      PLEASE TAKE NOTICE that Kamini Fox, PLLC ("Fox") appears as attorney for Garal Wholesalers Ltd., a creditor in the above-captioned bankruptcy case. Pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Fox requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Fox at the office, address and telephone number set forth below, and that Fox be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

                            Kamini Fox, Esq.
                            Kamini Fox, PLLC
                            825 East Gate Blvd., Suite 308
                            Garden City, New York 11530
                            Phone: (516) 493-9920
                            Email: kamini@kfoxlaw.com

      PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications,

motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtor or property of such debtor.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers ("Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Garden City, New York
January 9, 2020

KAMINI FOX, PLLC
Attorney for Garal Wholesalers, Ltd.

By: */s/ Kamini Fox*
Kamini Fox
825 East Gate Blvd., Suite 308
Garden City, New York 11530
Phone: (516) 493-9920
Email: kamini@kfoxlaw.com