UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x    Case No. **8-19-72701-las**
In Re:

RAM DISTRIBUTION GROUP LLC

dba Tal Depot,

                                                Chapter 11

                                                Debtor
---------------------------------------------------------------x

## ORDER AUTHORIZING RETENTION OF SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION

Upon the application of the above-named debtor and debtor in possession, Ram Distribution Group, LLC c/o Jeremy Reichmann ("Debtor") seeking an order authorizing the retention of Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP ("SBAGK") as counsel for the Debtor, and the declaration of Btzalel Hirschhorn, Esq., an attorney of SBAGK; and after due deliberation, and it being represented in the papers submitted in connection with the application that the firm of SBAGK represents no interest adverse to the Debtor or their Estate in the matters upon which said firm of attorneys is to be engaged and is a disinterested person under 11 U.S.C. Section 101, and that the employment of said firm of attorneys is necessary and would be in the best interest of this Estate, it is hereby

**ORDERED** that the Debtor is authorized to retain SBAGK in the within case under Chapter 11 of the Bankruptcy Code effective as of November 18, 2019; and it is further

**ORDERED** that SBAGK shall comply with the United States Trustee's Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 USC §330 including maintaining contemporaneous records of all time expended in representation of Debtor; and it is further

**ORDERED,** that all compensation paid and reimbursement of expenses incurred by SBAGK shall be subject to approval by this Court upon notice and a hearing pursuant to 11 USC Sections 330 and 331; and it is further

**ORDERED**, that ten business days prior to any increases in SBAGK's rates for any individual employed by SBAGK and retained by the debtor in possession pursuant to Court Order, SBAGK shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. § 330.

No Objection
Office of the United States Trustee

*/S/ Stan Y. Yang  3/2/2020*



**Dated: March 4, 2020**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**