UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x     Case No. **8-19-72701-las**
In Re:

RAM DISTRIBUTION GROUP LLC

dba Tal Depot,

                              Chapter 11

                              Debtor
-------------------------------------------------------------x

## **ORDER GRANTING THE DEBTOR'S APPLICATION TO AUTHORIZE EMPLOYMENT OF PROFESSIONAL**

Upon the application of the above named Debtor and Debtor in possession, Ram Distribution Group LLC ("Debtor") seeking an order authorizing the retention of ANALYTIC FINANCIAL GROUP, LLC, D/B/A CORPORATE MATTERS (hereinafter, "CM") as financial advisors for the Debtor, and the declaration of Scott W. Miller, dated December 2, 2019; and after due deliberation, and it being represented in the papers submitted in connection with the application that CM represents no interest adverse to the Debtor or their Estate in the matters upon which CM is to be engaged and is a disinterested person under 11 U.S.C. Section 101, and that the employment of CM is necessary and would be in the best interest of this Estate, it is hereby

**ORDERED** that Debtor be and hereby is authorized to employ CM as his financial advisors in this case as of the petition date, to render the services described in the within motion; and it is further

**ORDERED**, that CM shall be compensated in accordance with orders in connection with filed interim and final fee applications upon notice and an appropriate hearing for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy

Code, the Bankruptcy Rules, the Local Rules, the Amended Guidelines for Fees and Disbursements for Professionals in the Eastern District of New York, and the United States Trustee Fee Guidelines; and it is further

**ORDERED**, that ten business days' notice must be provided by CM to the Debtor, the Official Committee of Unsecured Creditors and the United States Trustee prior to any increases in CM's rates for any individual providing services to the Debtor, and such notice must be filed with the Court. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

No Objection
Office of the United States Trustee

*/S/ Stan Y. Yang  3/2/2020*



**Dated: March 4, 2020**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**